Kenneth R. Rhoad, VSB #33993
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 385-5107
(410) 385-5119 (Facsimile)

COUNSEL FOR REGAL BANK & TRUST

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA)

| | | |
|---|---|---|
| IN RE: | * | |
| KLERIOTIS, LLC, | * | Case No. 08-15006-SSM |
| | | (Chapter 11) |
| Debtor. | * | |

* * * * * * *

| | | |
|---|---|---|
| REGAL BANK & TRUST, | * | |
| 10123 Reisterstown Road | | |
| Owings Mills, Maryland 21117, | * | |
| Movant, | * | |
| v. | * | |
| KLERIOTIS, LLC, | * | |
| 8130 Richmond Highway | | |
| Alexandria, Virginia 22309, | * | |
| Respondent. | * | |

* * * * * * * * * * * * *

**ORDER TERMINATING THE AUTOMATIC STAY AS TO
REGAL BANK & TRUST AND CERTAIN
<u>REAL PROPERTY OWNED BY THE DEBTOR</u>**

Upon consideration of the Motion for Relief from the Automatic Stay as to Regal Bank & Trust ("Regal Bank") and Certain Real Property Owned by the Debtor or, In the Alternative, for Adequate Protection and Hearing Thereon (the "Motion") filed by Regal Bank, and it appearing that notice of the Motion was given in accordance with <u>Federal Rule of Bankruptcy Procedure</u> 4001, and it appearing that the Debtor, Kleriotis, LLC, has withdrawn its opposition to the relief requested in the Motion and

consents to the entry of this Order, and good cause having been shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

ORDERED, that the Motion be, and the same hereby is, GRANTED to the extent set forth in this order; and it is further

ORDERED, that the automatic stay of 11 U.S.C. § 362 is hereby terminated in the above-captioned bankruptcy case as to Regal Bank and certain real property owned by the Debtor, Kleriotis, LLC (the "Debtor"), and generally known as 8130 Richmond Highway, Alexandria, Virginia 22309 (the "Property"); and it is further

ORDERED, that Regal Bank is immediately entitled to exercise and enforce all of its rights and remedies against the Property pursuant to the terms and conditions of the "Loan Documents" referenced in the Motion (collectively, the "Loan Documents") and applicable law, including, without limitation, selling the Property and applying all proceeds arising therefrom to reduce the indebtedness that is owed by the Debtor to Regal Bank under the Loan Documents; and it is further

ORDERED that the Clerk shall transmit a copy of this Order, as entered to counsel listed on the attached service list.

ENTERED this ____ day of August, 2009.

_____
United States Bankruptcy Judge

I ASK FOR THIS:

*/s/ Kenneth R. Rhoad*_____
Kenneth R. Rhoad, VSB # 33993
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Counsel for Regal Bank & Trust

2
//mnt/orders/Attachments/doctopdf/alldocs/08-15006~8252009122752509.doc

CONSENTED AND AGREED TO:

*/s/ Gregory Max Van Doren*
Gregory Max Van Doren, VSB # 17182
9119 Church Street
Manassas, Virginia 20110

Counsel for the Debtor, Kleriotis, LLC


**END OF ORDER**